UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| NAZAR ALAMER | ) |
| and | ) |
| ABLE SACERIO-CARDENAS, | ) |
| PLAINTIFFS | ) |
| v. | ) CIVIL ACTION NO. 3:09cv-76-H |
| RALCORP FROZEN BAKERY PRODUCTS, INC., | ) Electronically filed |
| DEFENDANT | ) |

## NOTICE OF REMOVAL

Defendant Ralcorp Frozen Bakery Products, Inc. (hereafter "Ralcorp"), by counsel, hereby gives notice of the removal of the instant action from Jefferson Circuit Court, Division One (1), Jefferson County, Kentucky, to the United States District Court for the Western District of Kentucky, at Louisville, pursuant to 28 U.S.C. § 1441 et seq. Ralcorp bases its removal of this case upon diversity of citizenship jurisdiction under 28 U.S.C. §§ 1332, 1441.

In support of its Notice of Removal, Ralcorp respectfully states as follows:

1. On or about January 15, 2009, a civil action captioned <u>Nazar Alamer and Able Sacerio-Cardenas v. Ralcorp Frozen Bakery Products, Inc.</u>, Case No. 09-CI-00477 (hereafter referred to as "State Court Action"), was filed in Jefferson Circuit Court, Division One (1), Jefferson County, Kentucky.

2. A copy of the Complaint in the State Court Action was served on Ralcorp, through its registered agent, on January 21, 2009. Copies of the Civil Summons and the Complaint in the State Court Action are attached hereto as "Exhibit A" and "Exhibit B" respectively. The filing

and service of the Civil Summons and Complaint are the only proceedings to have occurred to date in the State Court Action.

      3. The State Court Action is one over which this Court has original diversity jurisdiction under the provisions of 28 U.S.C. § 1332(a)(1), and is one which may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441 et seq., in that:

      a. Plaintiff Alamer is an individual and legal resident/citizen of the Commonwealth of Kentucky and no other State, residing in Jefferson County, Kentucky, or is a citizen/subject of a foreign state. (Complaint ¶ 1).

      b. Plaintiff Sacerio-Cardenas is an individual and legal resident/citizen of the Commonwealth of Kentucky and no other State, residing in Jefferson County, Kentucky, or is a citizen/subject of a foreign state. (Complaint ¶ 2).

      c. Ralcorp is incorporated under the laws of the State of Delaware, and no other state (Complaint ¶ 3), and has its principal place of business in the State of Illinois.

      4. Based on the allegations and prayer for relief in Plaintiffs' Complaint, and upon information and belief, Ralcorp asserts that the amount in controversy between each Plaintiff and Defendant in this action exceeds the sum of $75,000.00, exclusive of interest and costs. 28 U.S.C. § 1332(a). Among other relief requested by Plaintiff Alamer, he seeks actual damages, compensatory damages, punitive damages and attorney's fees. Among other relief requested by Plaintiff Sacerio-Cardena, he seeks actual damages, compensatory damages, punitive damages and attorney's fees. Were Plaintiff Alamer to prevail on all of these claims, his recovery could well exceed $75,000.00. See Gafford v. General Electric Co., 997 F.2d 150, 155-61 (6th Cir. 1993). Were Plaintiff Sacerio-Cardena to prevail on all of these claims, his recovery could well exceed $75,000.00. See id.

5.  Any claims as to which this Court is not expressly granted jurisdiction pursuant to 28 U.S.C. § 1332 are properly within its supplemental jurisdiction pursuant to 28 U.S.C. § 1367. There is no basis upon which this Court should decline to exercise its supplemental jurisdiction under 28 U.S.C. § 1367(c).

6.  This Notice of Removal is timely because it is filed within thirty (30) days of the proper service of the Complaint upon Ralcorp in accordance with 28 U.S.C. § 1446(b).

7.  True and correct copies of this Notice of Removal and Notice of Removal Directed to State Court will be served upon Plaintiffs' counsel, and filed with the Clerk of the Jefferson Circuit Court, Jefferson County, Kentucky, on this date, in accordance with 28 U.S.C. § 1446(d).

WHEREFORE, in accordance with the statutory and case authorities set forth above, Ralcorp hereby removes this action from the Jefferson Circuit Court, Jefferson County, Kentucky, to the United States District Court for the Western District of Kentucky at Louisville.

Respectfully submitted,

SMITH & SMITH ATTORNEYS

/s/ Oliver B. Rutherford
James U. Smith III
W. Kevin Smith
Oliver B. Rutherford
300 South, First Trust Centre
200 South Fifth Street
Louisville, Kentucky 40202
Telephone: (502) 587-0761
Telefax: (502) 589-5345
jus@smithandsmithattorneys.com
wks@smithandsmithattorneys.com
obr@smithandsmithattorneys.com
Counsel for Defendant

**CERTIFICATE OF SERVICE**

        I hereby certify that a true and accurate copy of the foregoing *Notice of Removal* was on February 9, 2009, filed electronically and served, via United States mail, first class postage prepaid, upon:

Callie E. Walton, Esq.
Helmers, Demuth & Walton, PLC
200 Republic Building
429 West Muhammad Ali Blvd.
Louisville, Kentucky 40202

Counsel for Plaintiffs

/s/ Oliver B. Rutherford
Oliver B. Rutherford
Smith & Smith Attorneys
300 South, First Trust Centre
200 South Fifth Street
Louisville, Kentucky  40202
Telephone: (502) 587-0761
Telefax: (502) 589-5345
obr@smithandsmithattorneys.com

Counsel for Defendant