UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| NAZAR ALAMER | ) |
| and | ) |
| ABLE SACERIO-CARDENAS, | ) |
|     PLAINTIFFS | ) |
| v. | ) CIVIL ACTION NO.   3:09cv-76-H |
| RALCORP FROZEN BAKERY PRODUCTS, INC., | )     Electronically filed |
|     DEFENDANT | ) |

**AGREED ORDER MODIFYING**
**AGREED LITIGATION PLAN & DISCOVERY SCHEDULE**

The parties having agreed to modify the March 12, 2009, *Scheduling On Agreed Litigation Plan & Discovery Schedule* [Docket #8], as amended by the June 26, 2009, *Agreed Order Extending Deadline for Expert Disclosures* [Docket #10] and the September 3, 2009, *Agreed Order Modifying Agreed Litigation Plan & Discovery Schedule* [Docket #18], by extending the deadlines for Defendant's expert witness disclosure, joinder of additional parties and amendment of pleadings, completion of discovery, supplementation of disclosures and responses required by Fed.R.Civ.P. 26(E), and dispositive motions, and the Court being otherwise sufficiently advised, IT IS HEREBY ORDERED THAT:

    1)    Defendant shall file its expert witness disclosure on or before October 1, 2009;

    2)    The parties shall join additional parties and amend their pleadings on or before October 15, 2009;

    3)    All discovery shall be completed on or before December 31, 2009;

4) The parties shall supplement all disclosures and responses required by Fed.R.Civ.P. 26(E) on or before January 15, 2010; and

5) Any dispositive motions shall be filed on or before March 1, 2010.

AGREED TO BY:

| | |
|---|---|
| /s/ Oliver B. Rutherford<br>James U. Smith III<br>W. Kevin Smith<br>Oliver B. Rutherford<br>Smith & Smith Attorneys<br>300 South, First Trust Centre<br>200 South Fifth Street<br>Louisville, Kentucky  40202<br>(502) 587-0761<br>(502) 589-5345 - facsimile<br>jus@smithandsmithattorneys.com<br>wks@smithandsmithattorneys.com<br>obr@smithandsmithattorneys.com<br>**Counsel for Defendant** | /s/ Callie Walton (w/permission)<br>Callie Walton<br>Helmers Demuth & Walton PLC<br>200 Republic Building<br>429 West Muhammad Ali Blvd.<br>Louisville, Kentucky 40202<br>(502) 581-0077<br>(502) 581-0078 - facsimile<br>cew@hdwlawyers.com<br>**Counsel for Plaintiffs** |